UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

In re:

IRIS WINNIFRED CATO,

Debtor.

Bankruptcy Case No. 18-11485 EEB

Chapter 13

**ORDER EXTENDING FILING DEADLINE AND NOTICE OF IMPENDING DISMISSAL OF CASE**

THIS MATTER comes before the Court on the Motion to Extend Time to File Chapter 13 Plan, filed by the Debtor(s).[1] Having considered the Motion and being otherwise advised in the premises, the Court does hereby

ORDER that the Motion is GRANTED IN PART and DENIED IN PART. The deadline for Debtor to file the documents set forth in Fed.R.Bankr.P. 1007(c) and to file a chapter 13 plan is hereby extended. Debtor is granted an extension until **March 23, 2018.** To the extent Debtor requested a longer extension, that request is DENIED. It is

FURTHER ORDERED that:

1. The Debtor shall complete and file with the Court and serve on all creditors and the chapter 13 trustee a copy of the chapter 13 plan and a notice **on or before March 23, 2018**. The plan must conform to Local Bankruptcy Form (L.B.F.) 3015-1.1. The notice must conform to L.B.F. 3015-1.2. These local forms, as well as the associated rules referred to in this Order, are available on the Court's website, http://www.cob.uscourts.gov.[2] Service of the Chapter 13 Plan and notice must comply with L.B.R. 3015-1 and Fed. Bankr. Rules 9014 and 7004;

2. The notice must also inform parties that: if they wish to appear telephonically at the hearing, they must call the Court prior to the hearing at **1-888-684-8852**, and use the meeting ID number **3454024**, followed by the # sign;

3. The Debtor must insert into the notice a deadline for objections to the plan that allows the trustee and creditors 21 days from the date of service to file an objection. In this case that deadline is April 17, 2018. Fed. R. Bankr. P. 2002(a), 9006(f), and L.B.R. 3015-1(b)(1).

4. In addition to the objection deadline, objectors must file their objections at least seven days after the scheduled Meeting of Creditors hearing date. L.B.R. 3015-1(c)(1). To allow for this additional time factor, the scheduled hearing on confirmation date of **May 2, 2018**, shall be reflected in the notice and must allow for an objection deadline

---

[1] Hereafter the term "Debtor" will be used with singular verb tense whether or not this case involves a joint petition. In the case of a joint petition, both Debtors are under the same obligations.

[2] The forms can be found under the Rules tab and then select the local rules and then both the rules and forms will appear together in a PDF format.

    of **April 17, 2018**.

5. The Debtor is also required to complete and file a Confirmation Status Report **seven court days prior** to the scheduled hearing on confirmation which is April 25, 2018. This form is available at L.B.F. 3015-1.4.

**In the event that the Debtor does not timely comply with the requirements of this Order, this case may be dismissed without further notice or hearing**.

DATED this 16th day of March, 2018.

                              BY THE COURT:

                              _/s/ Elizabeth E. Brown_
                              Elizabeth E. Brown, Bankruptcy Judge